IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GREAT HARVEST FRANCHISING, INC<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN WHEAT, LLC; TEODORA KOSTADINOVA; and GUEORGUI KOSTADINOVA,<br><br>Defendants. | Cause No. 2:22-cv-00064-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO APPEAR ON ZOOM** |

Upon the unopposed motion for leave to appear on Zoom, this Court hereby grants the requested relief allowing Ms. Kostadinova to appear by Zoom for the April 17, 2023 hearing.

1

On March 9, 2023, this Court held a telephonic status conference. On behalf of Great Harvest Franchising, Inc. ("Great Harvest"), Steven C. Hemric and Jacy Suenram attended the conference. Ms. Kostadinova attended the conference as a pro se. At the conference, this Court confirmed that Ms. Kostadinova is in Washington. This Court asked the parties to file a motion for leave to appear by Zoom for the next hearing if they would like to appear by Zoom. After the conference, this Court set the hearing date to be on April 17, 2023 at 2:30 pm at the Paul Hatfield Federal Courthouse in Helena, Montana. Since then, Ms. Kostadinova retained Travis R. Lindsey as her local counsel and Dennis J. McGlothin of Western Washington Law Group, PLLC was admitted through pro hac vice. Both counsels are located in Washington.

**IT IS HEREBY ORDERED** that Travis R. Lindsey and Dennis J. McGlothin may appear via Zoom on April 17, 2023 and the video conference and will contact the Clerk or Court's Office for the Zoom link.

DATED this 30th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court